Lincoln D. Bandlow, Esq. (CA #170449)
Lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorneys for Plaintiff
Strike 3 Holdings, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 45.49.233.148,<br><br>　　　　　Defendant. | Case Number: 2:19-cv-10673-TJH-SP<br><br>Honorable Terry J. Hatter, Jr<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 45.49.233.148** |

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 45.49.233.148, are voluntarily dismissed without prejudice.

Dated:  September 15, 2020　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　By: /s/ *Lincoln D. Bandlow*
　　　　　　　　　　　　　　　　　　Lincoln D. Bandlow, Esq.
　　　　　　　　　　　　　　　　　　**Law Offices of Lincoln Bandlow, P.C.**
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　Strike 3 Holdings, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Lincoln D. Bandlow*
Lincoln D. Bandlow